# Court of Appeals
# of the State of Georgia

ATLANTA, October 31, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0482. JONATHAN CARTER v. JESSICA DAVIS et al.

Following a car accident, Jonathan Carter sued Jessica Davis and Korterrious Sneed for negligence, and the case was tried before a jury. After the jury deliberated, the trial court realized that it had erred in sending the alternate juror back for deliberations. Carter moved for a mistrial. The trial court orally denied the motion, and the jury found in favor of the defendants. The trial court delayed entry of judgment to give Carter time to research the issue. Thereafter, Carter filed a motion for reconsideration, arguing that he was entitled to a mistrial. The trial court entered an "Order Denying Motion for Mistrial/Motion for Reconsideration," and Carter filed this appeal. We, however, lack jurisdiction.

As a threshold matter, we note that an order denying a motion for reconsideration generally is not an appealable ruling. See *Stone v. Dawkins*, 192 Ga. App. 126, 127 (384 SE2d 225) (1989). To the extent the trial court's order constituted the denial of a motion for mistrial, such a ruling is appealable after final judgment. Here, however, no judgment has been entered; the jury's verdict is not an appealable judgment. See *Boatright v. Sunshine Toyota, Inc.*, 177 Ga. App. 332, 332 (339 SE2d 275) (1985). Under these circumstances, Carter was required to comply with the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – in order to appeal the trial court's ruling. See *Mayor & Aldermen of City of Savannah v. Norman J. Bass Const. Co.*, 264 Ga. 16, 17 (1) (441 SE2d 63) (1994); OCGA § 5-6-34 (b).

Carter's failure to follow the interlocutory appeal procedures deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 10/31/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*